**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OPEN NETWORK SOLUTIONS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>WINCOR NIXDORF INTERNATIONAL GMBH and WINCOR NIXDORF INC.,<br><br>*Defendants*. | ) | Case No. 1:14-cv-00650-SLR<br><br>***JURY TRIAL DEMANDED*** |

**PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS WINCOR NIXDORF INTERNATIONAL GMBH and WINCOR NIXDORF INC.**

Plaintiff Open Network Solutions LLC hereby files this notice of dismissal of Defendants Wincor Nixdorf International GmbH and Wincor Nixdorf Inc. Both Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) is therefore appropriate.

Dismissal of Defendants Wincor Nixdorf International GmbH and Wincor Nixdorf Inc. will conclude this matter.

Plaintiff Open Network Solutions LLC hereby dismisses Defendants Wincor Nixdorf International GmbH and Wincor Nixdorf Inc. with prejudice.

Dated: September 12, 2014

*Of Counsel:*
Paul A. Lesko (*pro hac vice*)
Sarah S. Burns (*pro hac vice*)
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
(618) 259-2222
plesko@simmonsfirm.com
sburns@simmonsfirm.com

/s/ David W. deBruin
David W. deBruin (#4846)
THE DEBRUIN FIRM LLC
405 N. King Street I Suite 440
Wilmington, DE 19801
(302) 660-2582
ddebruin@thedebruinfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all counsel of record.

*/s/ David W. deBruin*

David W. deBruin - THE DEBRUIN FIRM LLC